JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE EDWARD PEYTON,<br><br>    Petitioner,<br><br>    v.<br><br>RALPH DIAZ,<br><br>    Respondent. | Case No. CV 19-9249-VAP (KK)<br><br>JUDGMENT |

  Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

  IT IS HEREBY ADJUDGED that the Petition is DENIED and this action is DISMISSED with prejudice.

Dated: August 12, 2020

                _____
                HONORABLE VIRGINIA A. PHILLIPS
                United States District Judge