JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE EDWARD PEYTON,<br><br>            Petitioner,<br><br>            v.<br><br>RALPH DIAZ,<br><br>            Respondent. | Case No. CV 19-9249-VAP (KK)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is DENIED and this action is DISMISSED with prejudice.

Dated: October 2, 2020

HONORABLE VIRGINIA A. PHILLIPS
United States District Judge